People of the State of Illinois, Plaintiff-Appellee,
v. Ray Brown, Defendant-Appellant.

Gen. No. 50,413. (Abstract of Decision.)

First District, Second Division.

June 7, 1966.

Marshall A. Patner, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.

Golda Atherton, Plaintiff-Appellant, v. City of Champaign, a Municipal Corporation, and American Casualty Company of Reading, Pennsylvania, a Corporation, and H. R. Bresee, d/b/a Midwest Adjustment Company, and John Curtis, Defendants-Appellees.

Gen. No. 10,644. (Abstract of Decision.)

Fourth District.

June 6, 1966.